**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03079-MSK-KMT

ATLANTIC FREIGHT SYSTEMS INTERNATIONAL and
TYRONE W. ALLEN,

    Plaintiffs,

v.

SPARTEN STEEL PRODUCTS and
A&W WATER CORPORATION,

Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER, Document No. 29, of Chief Judge Marcia S. Krieger, entered on May 12, 2015, it is

ORDERED that the Recommendation of United States Magistrate Kathleen M. Tafoya [ECF No. 28] is ADOPTED.  It is

FURTHER ORDERED that judgment is entered in favor of the defendants, SPARTEN STEEL PRODUCTS and A&W WATER CORPORATION, and against the plaintiffs, ATLANTIC FREIGHT SYSTEMS INTERNATIONAL and TYRONE W. ALLEN. It is

FURTHER ORDERED that Plaintiffs' claims are DISMISSED.  It is

FURTHER ORDERED that the defendants are awarded its costs pursuant to

Fed. R.Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 13th day of May, 2015.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By:  s/  J. Dynes

        J. Dynes
        Deputy Clerk